IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Stephanie Carter, individually and on behalf of all others similarly situated, | Case No.: 3:21-cv-00237 |
| Plaintiff, | Judge Thomas Rose |
| | Magistrate Judge Caroline H. Gentry |
| v. | **ORDER OF DISMISSAL:** <br> **TERMINATION ENTRY** |
| RMP, LLC and John Does 1-25, | |
| Defendant(s). | |

The Court having been advised by counsel for the parties that the above matter has been settled, IT IS ORDERED that this action is hereby DISMISSED, with prejudice as to the parties, provided that any of the parties may, upon good cause shown within 30 days, reopen the action if settlement is not consummated.

Parties may submit a substitute Judgment Entry once settlement is consummated. Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America,* 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

IT IS SO ORDERED.

*s/Thomas M. Rose*
Honorable Thomas M. Rose
United States District Judge